IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHN ARNDT and JEREMY McMICHEN, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>DIRECTV, LLC,<br><br>Defendant. | CIVIL ACTION NO.<br>1:18-cv-1211-AT |

**ENTRY OF FINAL ORDER AND JUDGMENT**

The Court has received and considered the Parties' Joint Application for Confirmation and Enforcement of Arbitration Award and Entry of Final Order and Judgment [Doc. 1] and all exhibits thereto.  Pursuant to 9 U.S.C. §§ 9 and 13, the parties have requested that the Court enter as a Final Order and Judgment an Arbitrator's award granting final approval of a Fair Labor Standards Act collective-action settlement, attorneys' fees, costs, expenses and service awards. Having considered the Joint Application and all documents filed therewith, the Court hereby GRANTS the Parties' Joint Application and enters as a final order and judgment the attached arbitration award.

The Clerk is DIRECTED to close the case.

SO ORDERED, this 16th day of April, 2018.

_____
Hon. Amy Totenberg
United States District Judge